FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 6 2020

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 4:20-CR-00 285 JM |
| | ) | |
| LEON ANDERSON | ) | 18 U.S.C. § 2244(b) |
| | ) | 49 U.S.C. § 46506(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about February 11, 2020, in the Eastern District of Arkansas and in the special

maritime and territorial jurisdiction of the United States, on an aircraft in the special aircraft

jurisdiction of the United States, namely PSA Airlines flight 5686, from Charlotte, North

Carolina, to Little Rock, Arkansas, the defendant,

LEON ANDERSON,

did engage in sexual contact with N.Q., a flight attendant, without N.Q.'s permission, in violation

of Title 18, United States Code, Section 2244(b), and Title 49, United States Code Section

46506(1).

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)