UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
SEP 22 2021
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | No.: 4:20-CR-00285 JM |
| v. | Title 49, U.S.C. § 46504 |
| LEON ANDERSON | |

## SUPERSEDING INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about February 11, 2020, in the Eastern District of Arkansas, the defendant,

LEON ANDERSON,

on an aircraft in the special aircraft jurisdiction of the United States, namely PSA Airlines flight 5686, from Charlotte, North Carolina, to Little Rock, Arkansas, did knowingly interfere with the performance of the duties of N.Q., a flight crew member or flight attendnant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant or flight crew member.

All in violation of Title 49, United States Code, Section 46504.

Respectfully Submitted,

JONATHAN D. ROSS
Acting United States Attorney

_____
BY: Kristin H. Bryant
Bar No. 2009156
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
Email: Kristin.Bryant@usdoj.gov